**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CAROLYN KIEFER

    Plaintiff,

vs.

UNITED LAUNCH ALLIANCE, LLC, a Delaware limited liability company, and
JOHN CASANI, individually

    Defendant.

---

**COMPLAINT**

---

Plaintiff complains as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Carolyn Kiefer is a resident of Clark County, Nevada.

2. Defendant United Launch Alliance, LLC (ULA), is a Delaware limited liability company authorized to do business in Colorado.

3. Defendant John Casani is a resident of Arapahoe County, Colorado.

4. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332 because the parties are diverse, and the matter in controversy exceeds $75,000.

5. Venue is proper under 28 U.S.C. §1391 because Defendants are residents of Colorado, and this action alleges torts committed at ULA's facilities in Arapahoe County, Colorado.

## GENERAL ALLEGATIONS

6. ULA is primarily engaged in the business of designing, developing, manufacturing, selling, repairing, servicing and supporting expendable launch vehicle systems, and supplying related launch services to the U.S. Government (including supplying the Interim Cryogenic Propulsion Stage to NASA), and to commercial launch services providers.

7. On or about February 7, 2020, Ms. Kiefer was employed by Aerospace Corporation, a California corporation (Aerospace).

8. Ms. Kiefer's job duties with Aerospace required her to access and analyze sensitive ULA data remotely.

9. On or about February 6 or 7, 2020, Mr. Casani sent an email to a manager at Aerospace.

10. The email included allegations about Ms. Kiefer based on events that occurred in or about 2013 when she was physically present at ULA's facilities in Arapahoe County as an employee of The Boeing Company.

11. ULA allowed Ms. Kiefer to access its sensitive data until she retired from The Boeing Company in July 2015.

12. Based on the likelihood of evidentiary support after a reasonable opportunity for further investigation or discovery, the email alleged

    a. that Ms. Kiefer had entered areas of ULA's facilities where she was not authorized to go;

    b. that Ms. Kiefer continued to do so after being counseled;

    c. that ULA security personnel revoked any security badge that would permit Ms. Kiefer to remain on ULA's premises, or areas of those premises; and

    d. that allowing Ms. Kiefer to access ULA's data as part of her duties with Aerospace presented an undue security risk.

13. Based on the likelihood of evidentiary support after a reasonable opportunity for further investigation or discovery, Mr. Casani also verbally communicated similar information to representatives of Aerospace.

14. Mr. Casani was authorized to send the email and otherwise communicate with Aerospace on ULA's behalf.

## CLAIM FOR RELIEF
(Defamation)

15. The foregoing allegations are realleged and incorporated by reference.

16. The allegations set forth in paragraph 12 above were false.

17. The allegations set forth in paragraph 12 above were defamatory.

18. As a result of Mr. Casani's communications with Aerospace, Aerospace placed Ms. Kiefer on leave without pay, and subsequently terminated her employment on or about May 15, 2020.

19. Aerospace's placing Ms. Kiefer on leave and termination of her employment caused her to suffer damages, including past and future lost wages and benefits, and lost future earning capacity as a result of, among other things, damage to Ms. Kiefer's reputation.

## DEMAND FOR JUDGMENT

Plaintiff Carolyn Kiefer therefore requests judgment in her favor and against Defendants United Launch Alliance, LLC, and John Casani, jointly and severally, for all damages she has incurred as alleged above, costs, prejudgment and postjudgment interest, and such other relief as the Court deems proper.

Dated: February 5, 2021

*s/ David Lichtenstein*
David Lichtenstein
Matt Molinaro
Law Office of David Lichtenstein, LLC
1556 Williams St., Suite 100
Denver, CO 80218
Telephone: (303) 831-4750
Facsimile:  (303) 863-0835
dave@lichtensteinlaw.com
matt@lichtensteinlaw.com

*Attorneys for Plaintiff*
