**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00361-CMA-NYW

CAROLYN KIEFER

    Plaintiff,

vs.

UNITED LAUNCH ALLIANCE, LLC, a Delaware limited liability company, and JOHN CASANI, individually

    Defendants.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff and Defendants, by their undersigned counsel, stipulate to the dismissal of this action and all claims by Plaintiff with prejudice pursuant to F.R.C.P. 41. Each party shall be responsible for their own fees and costs.

Respectfully submitted this 8th day of November, 2021.

| | |
|---|---|
| _/s/ David Lichtenstein_____ | _/s/ Michael J. Decker_____ |
| David Lichtenstein | Michael J. Decker, Esq. |
| Matt Molinaro | David R. Anderson, Esq |
| Law Office of David Lichtenstein, LLC | |
| 1556 Williams St., Suite 100 | MURPHY & DECKER, P.C. |
| Denver, CO 80218 | 730 17th Street, Suite 925 |
| Telephone: 303-831-4750 | Denver, CO 80202 |
| Facsimile: 303-863-0835 | Telephone: 303-468-5980 |
| dave@lichtensteinlaw.com | Facsimile: 303-468-5981 |
| matt@lichtensteinlaw.com | mdecker@murphydecker.com |
| | danderson@murphydecker.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on November 8, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following:

Michael J. Decker, Esq.
David R. Anderson, Esq.
MURPHY & DECKER, P.C.
730 17th Street, Suite 925
Denver, CO 80202
mdecker@murphydecker.com
danderson@murphydecker.com
*Counsel for Defendants*

                                             *s/ Julia A. Regan*_____
                                                 Julia A. Regan